



# FINANCIAL DISCLOSURE REPORT
## FOR CALENDAR YEAR 2009

*Report Required by the Ethics in Government Act of 1978 (5 U.S.C. app. §§ 101-111)*

| 1. Person Reporting (last name, first, middle initial)<br><br>CAMP, JACK T. | 2. Court or Organization<br><br>U.S DISTRICT CT, NORTHERN GA | 3. Date of Report<br><br>05/04/2010 |
|---|---|---|
| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time)<br><br>U.S DISTRICT JUDGE, ACTIVE | 5a. Report Type (check appropriate type)<br><br>☐ Nomination, Date<br>☐ Initial  ☑ Annual  ☐ Final<br><br>5b. ☐ Amended Report | 6. Reporting Period<br><br>01/01/2009<br>to<br>12/31/2009 |
| 7. Chambers or Office Address<br><br>18 GREENVILLE STREET<br>PO BOX 939<br>NEWNAN, GA 30264 | 8. On the basis of the information contained in this Report and any modifications pertaining thereto, it is, in my opinion, in compliance with applicable laws and regulations.<br><br>Reviewing Officer_____ Date_____ | |

**IMPORTANT NOTES:** *The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information. Sign on last page.*

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions.)*

☐ NONE *(No reportable positions.)*

| POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|
| 1. PARTNER (1/3 INTEREST) | NAUTILUS JOINT VENTURE, NEWNAN, GA 30263 |
| 2. PARTNER (17% INTEREST) | HANDY LAND & TIMBER L.L.L.P., NEWNAN, GA, 30263 |
| 3. TRUSTEE (100% INTEREST) | [_____] TRUST U/T/A 6/17/98 FBO [_____] |
| 4. | |
| 5. | |

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions.)*

☑ NONE *(No reportable agreements.)*

| DATE | PARTIES AND TERMS |
|---|---|
| 1. | |
| 2. | |
| 3. | |

RECEIVED 2010 JUN -1 A 11: 17 FINANCIAL DISCLOSURE OFFICE

Camp, Jack T.

| Name of Person Reporting | Date of Report |
|---|---|
| CAMP, JACK T. | 05/04/2010 |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions.)*

### A. Filer's Non-Investment Income

☑ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |

### B. Spouse's Non-Investment Income – *If you were married during any portion of the reporting year, complete this section.* *(Dollar amount not required except for honoraria.)*

☑ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE |
|---|---|
| 1. | |
| 2. | |
| 3. | |
| 4. | |

## IV. REIMBURSEMENTS – *transportation, lodging, food, entertainment.*
*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

☑ NONE *(No reportable reimbursements.)*

| SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|
| 1. | | | | |
| 2. | | | | |
| 3. | | | | |
| 4. | | | | |
| 5. | | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| CAMP, JACK T. | 05/04/2010 |

V. GIFTS *of filing*

| SOURCE | DESCRIPTION | VALUE |
|---|---|---|
| 3. | | |
| 4. | | |
| 5. | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

☑ NONE *(No reportable liabilities.)*

| CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div., rent, ) | (1) Value Code 2 | (2) Value Method (Q-W) | (1) Type (e.g., buy, sell) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1.  AT&T (common) | C | Dividend | K | T | | | | | |
| 2.  Boeing (common stock) | A | Dividend | J | T | | | | | |
| 3.  Comcast | A | Dividend | J | T | | | | | |
| 4.  Deere & Co (common stock) | A | Dividend | K | T | | | | | |
| 5.  Alcatel-Lucent (common stock) | | None | | | Sold | 06/06/09 | J | A | |
| 6.  Rockwell Collins (common stock) | A | Dividend | K | T | | | | | |
| 7.  Rockwell Automation Inc | A | Dividend | L | T | | | | | |
| 8.  Qwest (common stock) | A | Dividend | J | T | | | | | |
| 9.  Verizon (common stock) | A | Dividend | J | T | | | | | |
| 10.  Vodaphone | A | Dividend | K | T | | | | | |
| 11.  E.I Dupont DeNemours | A | Dividend | J | T | | | | | |
| 12. | | | | | | | | | |
| 13.  INVEST FINANCIAL -General Investment Account | | | | | | | | | |
| 14.  Prime Fund-Capital Reserves Class | A | Interest | J | T | | | | | |
| 15.  Aegon NV | | None | J | T | | | | | |
| 16.  BB&T Corp | C | Dividend | L | T | | | | | |
| 17.  Synovus Finl Corp | A | Dividend | J | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| CAMP, JACK T. | 05/04/2010 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

[ ] NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | C. Gross value at end of reporting period (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | D. Transactions during reporting period (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 18. Total Sys Svc Inc (split from Synovus Finl Corp) | A | Dividend | K | T | | | | | |
| 19. | | | | | | | | | |
| 20. NATIONAL FINANCIAL SERVICES LLC (IRA) | | | | | | | | | |
| 21. Prime Fund-Capital Reserves (Money Market) | B | Interest | J | T | | | | | |
| 22. S&P 500 | A | Dividend | J | T | | | | | |
| 23. Caterpillar, Inc | A | Dividend | J | T | | | | | |
| 24. Mastercard, Inc Class A | A | Dividend | K | T | | | | | |
| 25. DWS Strategic Value Fund A | A | Dividend | J | T | | | | | See Part VIII |
| 26. Texas Instrument | A | Dividend | J | T | | | | | |
| 27. | | | | | | | | | |
| 28. NATIONAL FINANCIAL SERVICES LLC (ROLLOVER ACCOUNT) | | | | | | | | | |
| 29. Prime Fund-Capital Reserves (MM) | A | Interest | L | T | | | | | |
| 30. Apple Inc.(X) | A | Dividend | K | T | Buy | 02/06/09 | K | | |
| 31. BB&T Corp | A | Dividend | M | T | | | | | |
| 32. Caterpillar Inc Del | A | Dividend | J | T | | | | | |
| 33. Costco WHSL Corp New | A | Dividend | J | T | | | | | |
| 34. Deere & Co | A | Dividend | K | T | | | | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| | Name of Person Reporting | Date of Report |
|---|---|---|
| | CAMP, JACK T. | 05/04/2010 |

## VII. INVESTMENTS and TRUSTS — *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period (1) Amount Code 1 (A-H) | (2) Type (e.g. div., rent, or int.) | C. Gross value at end of reporting period (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | D. Transactions during reporting period (1) Type (e.g. buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 35. DWS Strategic Value Fund - A | A | Dividend | K | T | | | | | See Part VIII |
| 36. Eaton Vance WW Health Sciences B | A | Dividend | K | T | | | | | |
| 37. Exxon Mobil Corp | A | Dividend | J | T | | | | | |
| 38. Forest Laboratories | | None | | | Sold | 02/02/09 | J | A | |
| 39. FPC Cap I Quips A 7.10% | A | Dividend | J | T | | | | | |
| 40. General Electric Co | A | Dividend | J | T | | | | | |
| 41. Home Depot Inc | A | Dividend | K | T | | | | | |
| 42. Intel Corp | A | Dividend | J | T | | | | | |
| 43. Intuit | A | Dividend | J | T | | | | | |
| 44. KinderMorgan Energy | A | Int./Div. | K | T | | | | | |
| 45. Microsoft Corp | A | Dividend | J | T | | | | | |
| 46. Novartis A G Sponsored ADR | A | Dividend | K | T | | | | | |
| 47. SPDR S&P 500 EFT TR Unnit Ser 1 S&P(X) | A | Dividend | K | T | Buy | 05/27/09 | K | | |
| 48. Western Union Co(X) | A | Dividend | J | T | Buy | 12/28/09 | K | | |
| 49. | | | | | | | | | |
| 50. USAA IRA ACCOUNT | | | | | | | | | |
| 51. USAA Income Stock Fund | A | Dividend | K | T | | | | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

# FINANCIAL DISCLOSURE REPORT
## Page 7 of 13

Name of Person Reporting

CAMP, JACK T.

Date of Report

05/04/2010

## VII. INVESTMENTS and TRUSTS _– income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)_

☐ NONE _(No reportable income, assets, or transactions.)_

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period (1) Amount Code 1 (A-H) | (2) Type (e.g. div., rent, or int.) | C. Gross value at end of reporting period (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | D. Transactions during reporting period (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 52. | | | | | | | | | |
| 53. EDWARD JONES IRA-E.T. CAMP | | | | | | | | | |
| 54. Cash | | None | J | T | | | | | |
| 55. Fidelity Advisor Series II Growth Opportunities | | None | | | Sold | 05/07/09 | K | D | |
| 56. Capital World Growth & Income Fund(X) | A | Dividend | J | T | Buy | 05/07/09 | J | | |
| 57. Growth Fund of America(X) | A | Dividend | J | T | Buy | 05/07/09 | J | | |
| 58. Lord Abbett Affiliated Fund | A | Dividend | J | T | | | | | |
| 59. Lord Abbett Bond Debenture Fund | A | Dividend | K | T | | | | | |
| 60. | | | | | | | | | |
| 61. EDWARD JONES ACCT- | | | | | | | | | |
| 62. Money Market | A | Dividend | J | T | | | | | |
| 63. Capital Income Builder Fund | A | Dividend | J | T | | | | | |
| 64. Capital World Growth & Income Fund | A | Dividend | J | T | | | | | |
| 65. Putnam Fund for Growth & Income | A | Dividend | | | Sold | 05/07/09 | J | A | |
| 66. VanKampen Equity & Income Fund | A | Dividend | J | T | | | | | |
| 67. Growth Fund of America (X) | A | Dividend | J | T | Buy | 05/07/09 | J | | |
| 68. Smallcap World Fund CL A (X) | A | Dividend | J | T | Buy | 05/07/09 | J | | |

1. Income Gain Codes:        A =$1,000 or less        B =$1,001 - $2,500        C =$2,501 - $5,000        D =$5,001 - $15,000        E =$15,001 - $50,000
(See Columns B1 and D4)        F =$50,001 - $100,000        G =$100,001 - $1,000,000        H1 =$1,000,001 - $5,000,000        H2 =More than $5,000,000
2. Value Codes        J =$15,000 or less        K =$15,001 - $50,000        L =$50,001 - $100,000        M =$100,001 - $250,000
(See Columns C1 and D3)        N =$250,001 - $500,000        O =$500,001 - $1,000,000        P1 =$1,000,001 - $5,000,000        P2 =$5,000,001 - $25,000,000
                                    P3 =$25,000,001 - $50,000,000        P4 =More than $50,000,000
3. Value Method Codes        Q =Appraisal        R =Cost (Real Estate Only)        T =Cash Market
(See Column C2)        U =Book Value        W =Estimated

| Name of Person Reporting | Date of Report |
|---|---|
| CAMP, JACK T. | 05/04/2010 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing Instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| Place "(X)" after each asset exempt from prior disclosure | (1) Amount Code 1 (A-H) | (2) Type (e.g. div, rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 69. | | | | | | | | | |
| 70. USAA CUSTODIAL (for Sophia Rose) | | | | | | | | | |
| 71. Income Stock Fund | A | Dividend | J | T | | | | | |
| 72. | | | | | | | | | |
| 73. Georgia Higher Education Savings Plan Custodial | A | Dividend | J | T | | | | | |
| 74. | | | | | | | | | |
| 75. USAA FEDERAL SAVINGS -ROLLOVER IRA | | | | | | | | | |
| 76. Insured Money Market Acct | A | Interest | K | T | | | | | |
| 77. Caterpillar INC | A | Dividend | J | T | | | | | |
| 78. Deere & Co | A | Dividend | J | T | | | | | |
| 79. Southwest AGA Finl Corp | A | Dividend | K | T | | | | | |
| 80. | | | | | | | | | |
| 81. USAA BROKERAGE ACCOUNT | | | | | | | | | |
| 82. USAA Money Market Fund | A | Dividend | J | T | | | | | |
| 83. Carmax Inc | | None | J | T | | | | | |
| 84. Texas Instrument | A | Dividend | J | T | | | | | |
| 85. USAA Emerging Markets | A | Dividend | J | T | | | | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| CAMP, JACK T. | 05/04/2010 |

## VII. INVESTMENTS and TRUSTS — *Income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing Instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period (1) Amount Code 1 (A-H) | (2) Type (e.g. div., rent, or int.) | C. Gross value at end of reporting period (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | D. Transactions during reporting period (1) Type (e.g. buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 86. USAA Extended Markets | A | Dividend | J | T | | | | | |
| 87. USAA S&P 500 Index Member | A | Dividend | J | T | | | | | |
| 88. | | | | | | | | | |
| 89. Associated Credit Union | A | Interest | J | T | | | | | |
| 90. USAA Federal Savings Bank - Checking | A | Interest | J | T | | | | | |
| 91. USAA Federal Savings Bank - Money Market | A | Interest | J | T | | | | | |
| 92. BB&T | A | Interest | J | T | | | | | |
| 93. | | | | | | | | | |
| 94. Nautilus Joint Venture, Coweta Co, GA | D | Rent | K | W | | | | | |
| 95. | | | | | | | | | |
| 96. 11106 4th LD, Coweta Co, GA 11 acres | | None | L | W | | | | | |
| 97. LLs 183, 184, 4th FD, Heard Co, GA | | None | M | W | | | | | |
| 98. Agricultual land, LL 126, 4th LD, Coweta Co, Ga | | None | N | W | | | | | |
| 99. LLs 123,126, Coweta Co, GA | | None | N | W | | | | | |
| 100. LLs 104,105,105,103, 4th LD Coweta Co, GA | | None | N | W | | | | | |
| 101. Handy Land & Timber, F.L.L.P, Coweta Co, GA | | None | P1 | W | | | | | |
| 102. Rental Property #1, Coweta Co, GA | C | Rent | L | W | | | | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| | D. Transactions during reporting period | | | | | | |
|---|---|---|---|---|---|---|---|
| | | of reporting period | | | | | |
| exempt from prior dis | (A-H) | | Code 3 (Q-W) | | | (J-P) | (if private |
| 103. Rental Property #2, Coweta Co, GA | | None | M | W | | | |
| 104. LL 123, 4th Ld Coweta Co, GA | | None | M | W | | | |
| 105. 86 acres, Coweta Co, GA LL 122, 123, 4th LD | | None | M | W | | | |
| 106. | | | | | | | |
| 107. Timber Sale(X) | | None | | | Sold | 12/21/09 | J | C West GA Logging |
| 108. | | | | | | | |
| 109. ▓▓▓▓▓ Trust - Income Beneficiary (X) | | | | | | | See Part VIII |
| 110. USAA Money Market (X) | A | Interest | J | T | | | |
| 111. USAA Precious Metals & Minerals(X) | A | Dividend | J | T | Sold (part) | 03/25/09 | J | A |
| 112. USAA Aggressive Growth(X) | A | Dividend | J | T | | | |
| 113. USAA S&P 500 Index Reward(X) | A | Dividend | J | T | | | |
| 114. USAA High Yield Opportunities(X) | A | Dividend | J | T | Sold (part) | 08/12/09 | J | A |
| 115. USAA Income(X) | A | Dividend | J | T | Sold (part) | 03/25/09 | J | A |
| 116. Credit Suisse Comm Return Common Class(X) | A | Dividend | J | T | | | |
| 117. ING Global Real Estate(X) | A | Dividend | J | T | Sold (part) | 03/25/09 | J | A |
| 118. American Beacon Investor Class(X) | A | Dividend | J | T | Sold (part) | 03/25/09 | J | A |
| 119. American Europacific Growth(X) | A | Dividend | J | T | Sold (part) | 08/12/09 | J | A |

1. Income Gain Codes:    A =$1,000 or less    B =$1,001 - $2,500    C =$2,501 - $5,000    D =$5,001 - $15,000    E =$15,001 - $50,000
(See Columns B1 and D4)    F =$50,001 - $100,000    G =$100,001 - $1,000,000    H1 =$1,000,001 - $5,000,000    H2 =More than $5,000,000
2. Value Codes    J =$15,000 or less    K =$15,001 - $50,000    L =$50,001 - $100,000    M =$100,001 - $250,000
(See Columns C1 and D3).    N =$250,001 - $500,000    O =$500,001 - $1,000,000    P1 =$1,000,001 - $5,000,000    P2 =$5,000,001 - $25,000,000
   P4 =More than $50,000,000
3. Value Method Codes    Q =Appraisal    R =Cost (Real Estate Only)    T =Cash Market
(See Column C2)    U =Book Value    V =Other    W =Estimated

| Name of Person Reporting | Date of Report |
|---|---|
| CAMP, JACK T. | 05/04/2010 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing Instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period (1) Amount Code 1 (A-H) | (2) Type (e.g. div., rent, or int.) | C. Gross value at end of reporting period (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | D. Transactions during reporting period (1) Type (e.g. buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 120. Legg Mason Battery(X) | A | Dividend | J | T | Sold (part) | 03/25/09 | J | A | |
| 121. American Centry Bond Fund(X) | A | Dividend | | | Sold | 03/25/09 | J | A | |
| 122. American Century Large Co Value(X) | A | Dividend | J | T | Sold (part) | 03/25/09 | J | A | |
| 123. American Growth Fund of America F-1(X) | A | Dividend | K | T | Sold (part) | 10/22/09 | J | A | |
| 124. TCW Relative Value Large Cap(X) | A | Dividend | J | T | Sold (part) | 10/22/09 | J | A | |
| 125. Value Line Emerging Opportunites Fund(X) | A | Dividend | J | T | Sold (part) | 3/25/09 | J | A | |
| 126. Virtus Quality Small Cap(X) | A | Dividend | J | T | Sold (part) | 3/25/09 | J | A | |
| 127. Blackrock Total Return(X) | A | Dividend | J | T | | | | | |
| 128. Pimco Total Return(X) | A | Dividend | J | T | | | | | |
| 129. FIDC Insured Money Market Account AMA(X) | A | Interest | J | T | | | | | |
| 130. | | | | | | | | | |
| 131. | | | | | | | | | |
| 132. | | | | | | | | | |
| 133. | | | | | | | | | |
| 134. | | | | | | | | | |
| 135. | | | | | | | | | |
| 136. | | | | | | | | | |

| 1. Income Gain Codes; (See Columns B1 and D4) | A =$1,000 or less F =$50,001 - $100,000 | B =$1,001 - $2,500 G =$100,001 - $1,000,000 | C =$2,501 - $5,000 H1 =$1,000,001 - $5,000,000 | D =$5,001 - $15,000 H2 =More than $5,000,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less N =$250,001 - $500,000 | K =$15,001 - $50,000 O =$500,001 - $1,000,000 | L =$50,001 - $100,000 P1 =$1,000,001 - $5,000,000 | M =$100,001 - $250,000 P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal U =Book Value | R =Cost (Real Estate Only) V =Other | S =Assessment W =Estimated | T =Cash Market | |

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signat

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

FILING INSTRUCTIONS

Mail signed original and 3 additional copies to:

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544